```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF ILLINOIS
                       EASTERN DIVISION
```

MELVIN TOWNSEND,                )
                                )
            Plaintiff,           )
                                )
     v.                          )    No. 13 C 4282
                                )
COMCAST CABLE,                   )
                                )
            Defendant.           )

## MEMORANDUM ORDER

Melvin Townsend ("Townsend") has filed a Complaint of Employment Discrimination against his employer Comcast Cable Corporation ("Comcast"), asserting that Comcast has violated the Americans With Disabilities Act by failing in its obligation to provide reasonable accommodation for Townsend's unspecified disabilities. Townsend has employed forms made available by the Clerk's Office for submission of the Complaint and two accompanying documents: an In Forma Pauperis Application ("Application") and a Motion for Appointment of Counsel ("Motion").

This Court will not act currently on either the Application or the Motion because the former does not fully explain Townsend's inability to pay the filing fee. For that purpose he should supplement the Application with a statement summarizing the expenses that he must meet out of the modest sources of income that he lists (in that regard he lists himself as unmarried and having no dependents).

In addition, although Complaint ¶7.1 states that Townsend has attached a copy of his Charge of Discrimination filed with the EEOC, none in fact has accompanied delivery of the Judge's Copy of the Complaint to this Court's chambers.  Similarly, although Complaint ¶8(b) states that he has attached a copy of EEOC's right-to-sue letter to the Complaint, no such copy has come to this Court either.  And lastly, Complaint ¶13 refers a signed agreement with Comcast that provides for an accommodation to be made for Townsend's undescribed disability, and a copy of that document should be transmitted to this Court as well.

In summary, Townsend is granted until July 3, 2013 to provide the omitted information and documents.  When that takes place, this Court will act promptly to deal with Townsend's case.

_____
Milton I. Shadur
Senior United States District Judge

Date:  June 13, 2013